USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-17-20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

20 Cr. 33 (ALC)

**ORDER**

-against-

Thomas Bautista and Samuel Sanchez,

Defendants.,

-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

At the January 17, 2020 status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until March 2, 2020 to review discovery, contemplate the filing of motions, engage in plea negotiations and, better prepare for trial.

The Court finds that the interests of justice are served by such an exclusion to to review discovery, contemplate the filing of motions, engage in plea negotiations and, better prepare for trial and, that those interests outweigh the interests of the defendants and the public in a speedy trial.

Accordingly, it is ORDERED: the time from January 17, 2020 through March 2, 2020 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
January 17, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE