```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

   UNITED STATES OF AMERICA       :

              -against-                 :        20-CR-33 (ALC)

                                    :        **ORDER**

   THOMAS BAUTISTA,             :

                       Defendants.  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **June 23, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: June 22, 2020**
        **New York, New York**

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**