UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

United States of America,

                                                                                **ORDER**
                                                                                20-CR-33 (ALC)

        -against-

Thomas Bautista,

                Defendant(s)
---------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Telephone Bail Hearing set for **July 21, 2020** at **3:00 p.m.**   The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

    **SO ORDERED.**

Dated: New York, New York
       July 16, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-16-20