```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-7-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

THOMAS BAUTISTA et al ,

        Defendants.,
----------------------------------------------------------X

20 Cr. 33 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The October 5, 2020 status conference is adjourned to **November 6, 2020** at **12:00 p.m.**

    Accordingly, it is ORDERED: the time from October 5, 2020 through November 6, 2020 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       October 2, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE