```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/10/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

              **20-CR-33 (ALC)**

     **-against-**

              **ORDER**

**THOMAS BAUTISTA,**

                 **Defendant.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **March 15, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 10, 2021**

                                          */s/ Andrew L. Carter, Jr.*
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**