USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **3-16-21**

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Thomas Bautista    ,

          Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 33  (ALC)(__)

Defendant __Thomas Bautista__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

**XX** ~~Misdemeanor~~ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Thomas Bautista**
Print Defendant's Name

_____
Defense Counsel's Signature

**Sanford Talkin**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**3-15-21**
Date

_____
U.S. District Judge