```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 3-25-20
```

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                                                **ORDER**
                                                20-CR-33 (ALC)

       -against-

Thomas Bautista,

-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The Final Pre-Trial Conference set for April 15, 2021 at 10:00 a.m. and the Jury Selection & Trial set for April 19, 2021 at 9:30 a..m. are adjourned.

    **SO ORDERED.**

Dated: New York, New York
         March 25, 2020

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **UNITED STATES DISTRICT JUDGE**