USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-2-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                        **ORDER**
                                        20-CR-33 (ALC)

          -against-

Thomas Bautista,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for July 15, 2021 will take place at **10:30 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       July 2, 2021

                                              ANDREW L. CARTER, JR.
                                              UNITED STATES DISTRICT JUDGE