**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6685

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-20-21

MEMO ENDORSED

July 16, 2021

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

Re: United States v. Thomas Bautista
20 Cr. 033 (ALC)

Dear Judge Carter:

    As discussed yesterday during defendant Thomas Bautista's ("Bautista") sentencing hearing, please find attached, as Exhibit A, two Certificates of Disposition in reference to the crimes detailed in paragraphs 38 and 40 of defendant's Presentence Investigation Report ("PSR"). As to the charge in paragraph 38, prosecuted under Docket Number 2010BX025798, the case was dismissed. Bautista respectfully requests that the disposition section of paragraph 38 be changed from "No court reported information" to "Dismissed". The charges referenced in paragraph 40, resulting from defendant's November 15, 2013 arrest, were initially identified under Supreme Court Indictment Number 3783/2013 but were returned to Criminal Court and prosecuted under Docket Number 2013BX065855. The case resulted in a conviction for disorderly conduct with a sentence of a one year conditional discharge and the completion of one day of community service. Therefore, Bautista also respectfully requests that the disposition section paragraph 40 be changed from "No court reported information" to "Found guilty of Disorderly Conduct and sentenced to a one year conditional discharge and the completion of one day of community service". The government, by Assistant Unites States Attorney Jacob Fiddelman, consented to these applications on the record during the sentencing hearing so long as sufficient documentation was provided to the Court.

    Finally, Bautista additionally respectfully requests, in the event that the above motions are granted, that he, or the Court, be provided with the amended PSR to ensure that the changes have been recorded. Anecdotally, in several instances with other clients, PSR's that were ordered amended, were not, and the uncorrected versions were forwarded to the Bureau of Prisons ("BOP"). This failure to amend has a drastic impact upon a defendant, because, for example, charges without dispositions in the PSR are treated as detainers. In turn, detainers increase a defendant's security

category during the BOP's designation process and prohibits inmates from participating in certain programs. Once the BOP considers the incorrect information for any reason, it is nearly impossible to retroactively correct the error.

        Thank you for Your Honor's consideration of these requests.

        Very truly yours,

        *Sanford Talkin*
        Sanford Talkin

cc:    AUSA Jacob Fiddelman (by ECF)

The application is ✓ granted.
                    ~~denied~~

_____
Andrew L. Carter Jr, U.S.D.J.
Dated: July 16, 2021
       NY, New York

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX                              CERTIFICATE OF DISPOSITION
                                                   NUMBER:   177335
THE PEOPLE OF THE STATE OF NEW YORK
              VS

BAUTISTA, THOMAS                                    04/09/1979
Defendant                                    Date of Birth

2515 DAVIDSON AVE                                   9142056H
Address                                      NYSID Number

BRONX               NY                              04/21/2010
City              State    Zip               Date of Arrest/Issue

Docket Number: 2010BX025798                  Summons No:

PL 221.40 00 AM,
Arraignment Charges


Case Disposition Information:

    Date          Court Action                   Judge                   Part
04/22/2010    DISMISSED                       FRANCO, R                 APAR2
```



```
       I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

VINING, S                                           07/16/2021
COURT OFFICIAL SIGNATURE AND SEAL                   DATE         FEE: 10.00
```

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 - including any appearing on this certificate of disposition - are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise - unless specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX                              CERTIFICATE OF DISPOSITION
                                                   NUMBER:  177336
THE PEOPLE OF THE STATE OF NEW  YORK
               VS

BAUTISTA,THOMAS                                      04/09/1979
Defendant                                         Date of Birth

2515 DAVIDSON AVE                                    9142056H
Address                                           NYSID Number

BRONX                  NY                            11/15/2013
City                State    Zip                  Date of Arrest/Issue

Docket Number: 2013BX065855                       Summons No:

PL 240.20 00 V,PL 220.39 01 BF,PL 220.03 00 AM,
Arraignment Charges


Case Disposition Information:

    Date           Court Action                    Judge               Part
 03/10/2014   PLED GUILTY & SENTENCE IMPOSED    RAMSEUR,D              AP3
              PG PL   240.20 00 V
              CONDITIONAL DISCHARGE=1Y
              COMMUNITY SERVICE=1D
```



```
        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

VINING,S                                          07/16/2021
COURT OFFICIAL SIGNATURE AND SEAL                 DATE        FEE: 10.00
```

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20,
PL 221.35 or PL 221.40 - including any appearing on this certificate of
disposition - are vacated, dismissed, sealed, and expunged. It is an
unlawful discriminatory practice for any entity to make any inquiry about
such an expunged conviction or to use such an expunged conviction adversely
against an individual in any form of application or otherwise - unless
specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)