**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

**MEMO ENDORSED**

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

July 5, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:     United States v. Thomas Bautista
        20 Cr. 033 (ALC)

Dear Judge Carter:

On July 15, 20221, defendant Thomas Bautista ("Bautista") was sentenced to this Court to principally twenty nine months of incarceration and three years of supervised release. He was released from prison in January of 2022. By this letter, Bautista respectfully requests permission to travel to the Dominican Republic, with his fiancé and children, to visit his parents from August 22, 2022 through August 27, 2022. Probation, by United States Probation Officer Michael Malaika, does not object to this request so long as Probation is provided with a detailed itinerary prior to departure.

Thank you for Your Honor's consideration of this application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:     USPO Michael Malaika (by Email)

The application is ✓ granted. ~~denied.~~

*Andrew L. Carter Jr, U.S.D.J.*
Dated: 7-7-22
NY, New York